**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 00-CR-3694-LL |
| v. | |
| MIGDELINA TORRES-GARCIA (13) MARTIN NMN CASTRO (14), | **JUDGMENT AND ORDER TO DISMISS** |
| Defendant. | |

Upon application of the Parties and good cause appearing thereof,

IT IS HEREBY ORDERED that the court dismiss the Indictment in the above-entitled case as to defendants Migdelina Torres-Garcia (13) and Martin NMN Castro (14) without prejudice.

DATED: __6/3/2026__

_____
HON. LINDA LOPEZ
United States District Judge